**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**JOSE ADONAY MORALES HERCULES,**

Petitioner,

v. Civil Action No. **3:26CV871 (RCY)**

**WILLIAM P. JOYCE,**

Respondent.

**MEMORANDUM OPINION**

The Court has received a 28 U.S.C. § 2241 petition filed by or on behalf of Jose Adonay Morales Hercules, an immigration detainee. Petitioner's typed name is used on the § 2241 petition and other documents accompanying the petition, and he has not signed the § 2241 petition.[1]

Rule 2 of the Rules Governing Section 2254 Cases[2] requires that petitions pursuant to 28 U.S.C. § 2254—and, by extension, § 2241—"be signed under penalty of perjury by the petitioner or by a person authorized to sign for the petitioner under 28 U.S.C. § 2241." Rules Governing

[1] This is the third petition the Court has received from or on behalf of Petitioner. Petitioner's first petition was denied without prejudice because the petition was not signed by Petitioner. *See Morales Hercules v. Joyce*, No. 3:26CV682 (E.D. Va. July 21, 2026), ECF Nos. 2, 3. Petitioner's typed name was used and the petition was not mailed from the Farmville Detention Center where Petitioner is located.

Petitioner's second petition was denied without prejudice because the petition was not signed by Petitioner. *See Morales Hercules v. Joyce*, No. 3:26CV745 (E.D. Va. Aug. 5, 2026), ECF Nos. 3, 4. Again, Petitioner's typed name was used.

This third petition was received by the United States District Court for the Western District of Louisiana, which forwarded it to this Court because Petitioner appeared to be detained in Farmville Detention Center, the petition's caption is labeled "Eastern District of Virginia," and a name search in CM/ECF disclosed Petitioner's two closed cases for Petitioner before this Court. ECF No. 1-1, at 1. It was noted that the accompanying filing fee money order bears a name that is not Petitioner's name and is not associated with any case in any federal court. The envelope to the Western District of Louisiana bears the same Hollywood, Florida return address as the envelope in *Morales Hercules v. Joyce*, No. 3:26CV682 (E.D. Va.).

[2] Rule 1(b) of the Rules Governing § 2254 Cases permits this Court to apply the Rules Governing § 2254 Cases to petitions under 28 U.S.C. § 2241. Rule 1(b), Rules Governing § 2254 Cases; *see Aguayo v. Harvey*, 476 F.3d 971, 976 (D.C. Cir. 2007).

§ 2254 Cases in the U.S. District Courts, Rule 2(c)(5). Petitioner must sign (**by wet signature, with a pen**) his submissions to this Court under penalty of perjury.

Accordingly, the § 2241 Petition (ECF No. 1) will be DENIED WITHOUT PREJUDICE and the action will be DISMISSED.

Nevertheless, in order to expedite any further § 2241 petition filed by Petitioner himself, the Clerk is DIRECTED to mail a copy of this Memorandum Opinion and a standardized form for filing a § 2241 petition to Petitioner at the Farmville Detention Center. If Petitioner wishes to pursue a § 2241 petition, he should complete and return the form to the Court. Petitioner must sign (**by wet signature, with a pen**) the form **himself**. Any § 2241 petition will be opened as a new civil action.

An appropriate Final Order shall issue.

/s/ RCY
Roderick C. Young
United States District Judge

Date: September 3, 2026
Richmond, Virginia